# NOTICE OF APPEAL

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAO AN, CHUNGANG GUAN, CUI QINGYUN, HUIMIN LIN, BEILE LI, YANMING WANG, TAO ZHENG, ZHENG HU YUAN CAO, LINWAN FENG, <br><br>Plaintiffs, <br>v. <br><br>LUC A. DESPINS, PAUL HASTINGS LLP, <br><br>Defendants. | NOTICE OF APPEAL <br><br> 22-cv-10062 |

    The Plaintiffs TAO AN, CHUNGANG GUAN, CUI QINGYUN, HUIMIN LIN, BEILE LI, YANMING WANG, TAO ZHENG, ZHENG HU, YUAN CAO, LINWAN FENG, provie notice of their intent to appeal to the United States Court of Appeals for the 2nd Circuit from the final judgment granting Defendants' Motion to Dismiss the *Plaintiffs' Amended Complaint,* and from the judgment granting Defendants' motion for Sanctions *Against Plaintiffs and Plaintiffs' Counsel*, entered on August 2, 2023.

Dated: New York, NY

    September 1, 2023

Freeth & Associates, LLC

By: _____

Richard N. Freeth
260 Madison Ave., 8th Fl.
New York, NY 10016
Tel. (917)775-7082]
Email: rfreeth@freethfirm.com

APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:22–cv–10062–VEC–JW

| | |
|---|---|
| An et al v. Despins et al<br>Assigned to: Judge Valerie E. Caproni<br>Referred to: Magistrate Judge Jennifer E Willis<br>Cause: 28:1331cv Fed. Question: Other Civil Rights | Date Filed: 11/28/2022<br>Jury Demand: Plaintiff<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Tao An**      represented by **Richard N. Freeth**
Richard N. Freeth
260 Madison Ave.
8th Floor
New York, NY 10016
917–775–7082
Email: rfreeth@freethfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chungang Guan**      represented by **Richard N. Freeth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cui Qingyun**      represented by **Richard N. Freeth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Huimin Lin**      represented by **Richard N. Freeth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beile Li**      represented by **Richard N. Freeth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yanming Wang**      represented by **Richard N. Freeth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tao Zheng**      represented by **Richard N. Freeth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zheng Hu**      represented by **Richard N. Freeth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yuan Cao**      represented by **Richard N. Freeth**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Linwan Feng** | represented by | **Richard N. Freeth** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Luc A Despins** | represented by | **Greg Donald Andres** <br> Davis Polk & Wardwell LLP (NYC) <br> 450 Lexington Avenue <br> New York, NY 10017 <br> (212)–450–4724 <br> Fax: (212)–450–5724 <br> Email: greg.andres@davispolk.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Gina Marie Cora** <br> Davis Polk & Wardwell LLP (NYC) <br> 450 Lexington Avenue <br> New York, NY 10017 <br> (212)–450–4132 <br> Fax: (212)–701–5132 <br> Email: gina.cora@davispolk.com <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Paul Hastings LLP** | represented by | **Greg Donald Andres** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Gina Marie Cora** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/28/2022 | 1 | COMPLAINT against Luc A Despins, Paul Hastings LLP. (Filing Fee $ 402.00, Receipt Number ANYSDC–27007389)Document filed by Yanming Wang, Cui Qingyun, Tao Zheng, Yuan Cao, Chungang Guan, Zheng Hu, Tao An, Huimin Lin, Linwan Feng, Beile Li..(Freeth, Richard) (Entered: 11/28/2022) |
| 11/29/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Valerie E. Caproni. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 11/29/2022) |
| 11/29/2022 | | Magistrate Judge Jennifer Willis is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 11/29/2022) |

| | | |
|---|---|---|
| 11/29/2022 | | Case Designated ECF. (pc) (Entered: 11/29/2022) |
| 11/29/2022 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Richard N. Freeth. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (pc)** (Entered: 11/29/2022) |
| 11/29/2022 | 2 | CIVIL COVER SHEET filed..(Freeth, Richard) (Entered: 11/29/2022) |
| 11/30/2022 | 3 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 1/27/2023 at 10:00 AM in Courtroom 443, 40 Centre Street, New York, NY 10007 before Judge Valerie E. Caproni. (Signed by Judge Valerie E. Caproni on 11/30/2022) (tg) (Entered: 11/30/2022) |
| 12/05/2022 | 4 | NOTICE OF APPEARANCE by Greg Donald Andres on behalf of Luc A Despins, Paul Hastings LLP..(Andres, Greg) (Entered: 12/05/2022) |
| 12/05/2022 | 5 | NOTICE OF APPEARANCE by Gina Marie Cora on behalf of Luc A Despins, Paul Hastings LLP..(Cora, Gina) (Entered: 12/05/2022) |
| 12/05/2022 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Paul Hastings LLP..(Andres, Greg) (Entered: 12/05/2022) |
| 12/05/2022 | 7 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, addressed to Judge Valerie E. Caproni from Greg Andres dated December 5, 2022. Document filed by Luc A Despins, Paul Hastings LLP..(Andres, Greg) (Entered: 12/05/2022) |
| 12/05/2022 | 8 | ORDER granting 7 Letter Motion for Extension of Time to Answer re 7 LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, addressed to Judge Valerie E. Caproni from Greg Andres dated December 5, 2022., 1 Complaint,. Application GRANTED. Defendants' deadline to respond to the complaint is January 19, 2023. SO ORDERED. (Luc A Despins answer due 1/19/2023; Paul Hastings LLP answer due 1/19/2023.) (Signed by Judge Valerie E. Caproni on 12/5/22) (yv) Modified on 1/13/2023 (yv). (Entered: 12/06/2022) |
| 12/12/2022 | 9 | LETTER addressed to Judge Valerie E. Caproni from Greg Andres dated December 12, 2022 re: Tao An v. Shan, 22–cv–10060. Document filed by Luc A Despins, Paul Hastings LLP..(Andres, Greg) (Entered: 12/12/2022) |
| 12/15/2022 | 10 | FIRST AMENDED COMPLAINT amending 1 Complaint, against Luc A Despins, Paul Hastings LLP with JURY DEMAND.Document filed by Yanming Wang, Cui Qingyun, Tao Zheng, Yuan Cao, Chungang Guan, Zheng Hu, Tao An, Huimin Lin, Linwan Feng, Beile Li. Related document: 1 Complaint,. (Attachments: # 1 Exhibit US Govt Document).(Freeth, Richard) (Entered: 12/15/2022) |
| 01/19/2023 | 11 | MOTION for Sanctions *Against Plaintiffs and Plaintiffs' Counsel*. Document filed by Luc A Despins, Paul Hastings LLP..(Andres, Greg) (Entered: 01/19/2023) |
| 01/19/2023 | 12 | MEMORANDUM OF LAW in Support re: 11 MOTION for Sanctions *Against Plaintiffs and Plaintiffs' Counsel*. . Document filed by Luc A Despins, Paul Hastings LLP..(Andres, Greg) (Entered: 01/19/2023) |
| 01/19/2023 | 13 | DECLARATION of Greg D. Andres in Support re: 11 MOTION for Sanctions *Against Plaintiffs and Plaintiffs' Counsel*.. Document filed by Luc A Despins, Paul Hastings LLP. (Attachments: # 1 Exhibit 1 – December 13, 2022 Letter from G. Andres to Y. Zhang and R. Freeth., # 2 Exhibit 2 – November 30, 2022 Motion to Hold H. W. Kwok in Civil Contempt. [No. 22–05032 (JAM) Dkt. No. 40.], # 3 Exhibit 3 – November 21, 2022 Chapter 11 Trustee Statement. [No. 22–50073 (JAM) Dkt. No. 1133.], # 4 Exhibit 4 – November 22, 2022 Motion for Preliminary Injunction and Referral for Prosecution. [No. 22–05032 (JAM) Dkt. No. 3.], # 5 Exhibit 5 – November 30, 2022 Twitter Post by C. Guo., # 6 Exhibit 6 – November 30, 2022 Twitter Post by C. Guo., # 7 Exhibit 7– December 1, 2022 Twitter Post by @MischaEDM, # 8 Exhibit 8 – December 5, 2022 Preliminary Injunction Hearing, Exhibit 56. [No. 22–05032 (JAM) Dkt. No. 97.], # 9 Exhibit 9 – December 5, 2022 Preliminary Injunction Hearing, Exhibit 57. [No. 22–05032 (JAM) Dkt. No. 97.], # 10 Exhibit 10 – December 16, 2022 Screenshot of Y. Zhang's Professional Website., # 11 Exhibit 11 – November 21, 2022 Screenshot of Livestream., # 12 Exhibit 12 – October 24, 2022 Gettr post by Plaintiff B. Li., # 13 Exhibit 13 – December 5, 2022 |

| | | |
|---|---|---|
| | | Gettr post by Plaintiff B. Li., # 14 Exhibit 14 – Photograph of Plaintiff B. Li's Passport (Redacted)., # 15 Exhibit 15 – Photograph of Plaintiff T. Zheng Protesting., # 16 Exhibit 16 – Photograph of Plaintiff T. Zheng on Webcast Affiliated with H. W. Kwok., # 17 Exhibit 17 – Photograph of Plaintiff Y. Wang Protesting., # 18 Exhibit 18 – November 22, 2022 Photograph of Plaintiff Y. Wang Protesting., # 19 Exhibit 19 – November 22, 2022 Photograph of Plaintiff Y. Wang Protesting., # 20 Exhibit 20 – November 22, 2022 Photograph of Plaintiff Y. Wang Protesting., # 21 Exhibit 21 – Photograph of Plaintiff L. Feng with H. W. Kwok., # 22 Exhibit 22 – December 20, 2022 Grand Central Station Flyer., # 23 Exhibit 23 – December 16, 2022 Photograph of Grand Central Station Billboards., # 24 Exhibit 24 – December 16, 2022 Photograph of Grand Central Station Billboards., # 25 Exhibit 25 – December 7, 2022 Grand Central Station Flyer., # 26 Exhibit 26 – December 5, 2022 Hearing Transcript. [No. 22–05032 (JAM) Dkt. No. 66.], # 27 Exhibit 27 – January 13, 2023 Memorandum of Decision Granting in Part Motion for Preliminary Injunction. [No. 22–05032 (JAM) Dkt. No. 133.], # 28 Exhibit 28 – January 13, 2023 Order Granting in Part Motion for Preliminary Injunction. [No. 22–05032 (JAM) Dkt. No. 134.], # 29 Exhibit 29 – January 13, 2023 Letter from G. Andres to Y. Zhang and R. Freeth.).(Andres, Greg) (Entered: 01/19/2023) |
| 01/19/2023 | 14 | MOTION to Dismiss *Plaintiffs' Amended Complaint*. Document filed by Luc A Despins, Paul Hastings LLP..(Andres, Greg) (Entered: 01/19/2023) |
| 01/19/2023 | 15 | MEMORANDUM OF LAW in Support re: 14 MOTION to Dismiss *Plaintiffs' Amended Complaint*. . Document filed by Luc A Despins, Paul Hastings LLP..(Andres, Greg) (Entered: 01/19/2023) |
| 01/20/2023 | 16 | JOINT LETTER addressed to Judge Valerie E. Caproni from Greg D. Andres dated January 20, 2023 re: Joint Letter Pursuant to Courts November 30, 2022 Order (Dkt. 3). Document filed by Luc A Despins, Paul Hastings LLP..(Andres, Greg) (Entered: 01/20/2023) |
| 01/23/2023 | 17 | ORDER: The parties should be aware that the Undersigned is friendly with Greg Andres, counsel for the Defendants. The Undersigned and Mr. Andres have visited each other's homes socially on a couple of occasions. The Court does not regard these facts as a basis for recusal. Any party that does consider these facts to be a basis for recusal must file a letter explaining its position by 12:00 P.M. on January 26, 2023. SO ORDERED. (Signed by Judge Valerie E. Caproni on 1/23/2023) (vfr) (Entered: 01/23/2023) |
| 01/25/2023 | 18 | LETTER addressed to Judge Valerie E. Caproni from Richard Freeth dated 01/25/2023 re: Judge's Notice of Social interactions with Counsel. Document filed by Tao An, Yuan Cao, Linwan Feng, Chungang Guan, Zheng Hu, Beile Li, Huimin Lin, Cui Qingyun, Yanming Wang, Tao Zheng..(Freeth, Richard) (Entered: 01/25/2023) |
| 01/26/2023 | 19 | MEMO ENDORSEMENT on re: 18 Letter, filed by Huimin Lin, Tao An, Chungang Guan, Yuan Cao, Yanming Wang, Zheng Hu, Beile Li, Tao Zheng, Linwan Feng, Cui Qingyun. ENDORSEMENT: If Defendants wish to respond to Plaintiffs' request for the Undersigned to recuse herself, any such response is due by Tuesday, January 31, 2023. The initial pretrial conference scheduled for January 27, 2023, is hereby CANCELLED. The parties' joint request to extend the briefing deadlines for the pending motion to dismiss and motion for sanctions is GRANTED. Plaintiffs' responses are due on February 8, 2023, and Defendants' replies are due on February 15, 2023. All discovery deadlines are STAYED pending resolution of these motions. Plaintiffs have already amended their complaint once as a matter of course. Am. Compl., Dkt. 10. Federal Rule of Civil Procedure 15(1) provides that Plaintiffs may amend the pleading once (1) within 21 days of service of the complaint or (2) 21 days after service of a responsive pleading or Rule 12 motion. Because Plaintiffs have already amended the complaint within 21 days of service, Plaintiffs have already used their one opportunity to amend the complaint as a matter of course. If Plaintiffs seek to again amend their complaint, they must file a motion, including a memorandum of law and any supporting exhibits or declarations, for leave to do so SO ORDERED. ( Responses due by 2/8/2023, Replies due by 2/15/2023.) (Signed by Judge Valerie E. Caproni on 1/26/2023) (tg) (Entered: 01/26/2023) |
| 01/31/2023 | 20 | LETTER addressed to Judge Valerie E. Caproni from Greg Andres dated January 31, 2023 re: Opposition to Plaintiffs' January 25, 2023 Letter [ECF No. 18]. Document |

| | | |
|---|---|---|
| | | filed by Luc A Despins, Paul Hastings LLP..(Andres, Greg) (Entered: 01/31/2023) |
| 02/02/2023 | 21 | ORDER: IT IS HEREBY ORDERED that Plaintiffs' request is DENIED. A judge is required to recuse herself from "any proceeding in which [her] impartiality might reasonably be questioned." 28 U.S.C. § 455(a). When a judge's impartiality is questioned on bias or prejudice grounds, "what matters is not the reality of bias or prejudice but its appearance." Liteky v. United States, 510 U.S. 540, 548 (1994). That is, recusal is warranted if "an objective, disinterested observer fully informed of the underlying facts... [would] entertain significant doubt that justice would be done absent recusal." United States v. Lovaglia, 954 F.2d 811, 815 (2d Cir. 1992) (citations omitted). The cases are legion that establish that the mere fact that the Court is friendly with an attorney for a litigant does not require recusal, see, e.g., United States v. Peters, 03–CR–211, 2020 WL 830425, at *3–4 (W.D.N.Y. Feb. 20, 2020); Bailey v. Broder, 94–CV–2394, 1997 WL 73717, at *2–4 (S.D.N.Y. Feb. 20, 1997), and Plaintiffs have provided no support for their argument otherwise. Pls. Letter, Dkt. 18. It is well−established that "a judge's acquaintance with... an attorney... without some factual basis for inferring bias or prejudice, is not sufficient to warrant recusal." Wiltshire v. Williams, 2012 WL 899383, at *3 (S.D.N.Y. Mar. 16, 2012). The Undersigned and Mr. Andres occasionally see each other bench, bar, and social functions. But "a judge need not disqualify [her]self just because a friend – even a close friend – appears as a lawyer". United States v. Murphy, 768 F.2d 1518, 1537 (7th Cir. 1985); see also United States v. Occhipinti, 851 F. Supp. 523, 527 (S.D.N.Y. 1993) ("Petitioner's argument, if taken to its illogical conclusion, would have virtually every judge recuse himself or herself whenever... any attorney with whom he or she is acquainted for that matter, appears before the court. Accordingly, this argument is totally without merit and instantly rejected."). While a judge is obligated to recuse herself if her impartiality might reasonably be questioned, she is also obligated not to recuse when there is no valid cause to recuse. See In Re Drexel Burnham Lambert Inc., 861 F.2d 1307, 1313–14 (2d Cir. 1988) (discussing the standard for recusal); McKinney v. New Haven Police Dep't, No. 17–CV–1663, 2020 WL 5833773, at *4 (D. Conn. Jan. 6, 2020) (noting that a judge is obliged to decline to recuse herself where there is no valid reason to do so). Plaintiffs have not provided any grounds to support the conclusion that a reasonable person would harbor "significant doubt" regarding the Undersigned's impartiality. Accordingly, Plaintiffs' motion seeking the Undersigned's recusal is DENIED. SO ORDERED. (Signed by Judge Valerie E. Caproni on 2/2/2023) (tg) (Entered: 02/02/2023) |
| 02/08/2023 | 22 | MEMORANDUM OF LAW in Opposition re: 14 MOTION to Dismiss *Plaintiffs' Amended Complaint*. . Document filed by Tao An, Yuan Cao, Linwan Feng, Chungang Guan, Zheng Hu, Beile Li, Huimin Lin, Cui Qingyun, Yanming Wang, Tao Zheng. (Attachments: # 1 Exhibit Exhibit, # 2 Exhibit Steve Winn, # 3 Exhibit Higginbotham, # 4 Exhibit Broidy, # 5 Exhibit Exhibit, # 6 Exhibit PAX, # 7 Exhibit Order, # 8 Exhibit Decision, # 9 Exhibit Decision, # 10 Exhibit Suggestion, # 11 Exhibit PAX, # 12 Exhibit Debtor, # 13 Exhibit Denial, # 14 Exhibit Trustee, # 15 Exhibit Trustee, # 16 Exhibit Transcript, # 17 Exhibit Exhibit, # 18 Exhibit Declaration, # 19 Exhibit Declaration 2, # 20 Exhibit Motion, # 21 Exhibit Transcript, # 22 Exhibit Letter, # 23 Exhibit Ltr to Manning, # 24 Exhibit Plan, # 25 Exhibit Term sheet, # 26 Exhibit NDA, # 27 Exhibit Transcript).(Freeth, Richard) (Entered: 02/08/2023) |
| 02/08/2023 | 23 | MEMORANDUM OF LAW in Opposition re: 11 MOTION for Sanctions *Against Plaintiffs and Plaintiffs' Counsel*. . Document filed by Tao An, Yuan Cao, Linwan Feng, Chungang Guan, Zheng Hu, Beile Li, Huimin Lin..(Freeth, Richard) (Entered: 02/08/2023) |
| 02/15/2023 | 24 | REPLY MEMORANDUM OF LAW in Support re: 14 MOTION to Dismiss *Plaintiffs' Amended Complaint*. . Document filed by Luc A Despins, Paul Hastings LLP..(Andres, Greg) (Entered: 02/15/2023) |
| 02/15/2023 | 25 | REPLY MEMORANDUM OF LAW in Support re: 11 MOTION for Sanctions *Against Plaintiffs and Plaintiffs' Counsel*. . Document filed by Luc A Despins, Paul Hastings LLP..(Andres, Greg) (Entered: 02/15/2023) |
| 02/15/2023 | 26 | DECLARATION of Greg D. Andres in Support re: 11 MOTION for Sanctions *Against Plaintiffs and Plaintiffs' Counsel*.. Document filed by Luc A Despins, Paul Hastings LLP. (Attachments: # 1 Exhibit 1 – December 23, 2022 H. Berry Declaration of Service, # 2 Exhibit 2 – December 23, 2022 U.S.P.S. Certified Mail Receipts, # 3 |

| | | |
|---|---|---|
| | | Exhibit 3 – December 27, 2022 U.S.P.S. Notice of Delivery Y. Zhang, # 4 Exhibit 4 – December 28, 2022 U.S.P.S. Notice of Return to Sender R. Freeth, # 5 Exhibit 5 – February 13, 2023 New York State Unified Court System Attorney Report R. Freeth, # 6 Exhibit 6 – December 30, 2022 Affidavit of Service Y. Zhang, # 7 Exhibit 7 – December 28, 2022 Affidavit of Delivery R. Freeth).(Andres, Greg) (Entered: 02/15/2023) |
| 03/16/2023 | 27 | LETTER addressed to Judge Valerie E. Caproni from Greg D. Andres dated March 16, 2023 re: Update to Court Regarding New Litigation. Document filed by Luc A Despins, Paul Hastings LLP. (Attachments: # 1 Exhibit A – 2023.03.15 Government Press Release, # 2 Exhibit B – 2023.03.06 Unsealed Indictment of Ho Wan Kwok, Dkt. No. 2, # 3 Exhibit C – 2023.03.15 Kwok Detention Letter, Dkt. No. 7 (Without Exhibits)).(Andres, Greg) (Entered: 03/16/2023) |
| 03/20/2023 | 28 | LETTER addressed to Judge Valerie E. Caproni from Richard N. Freeth, Esq. dated March 20, 2022 re: Response to Defendant Counsel's letter. Document filed by Tao An, Yuan Cao, Linwan Feng, Chungang Guan, Zheng Hu, Beile Li, Huimin Lin, Cui Qingyun, Yanming Wang, Tao Zheng. (Attachments: # 1 Exhibit US Government Document).(Freeth, Richard) (Entered: 03/20/2023) |
| 08/02/2023 | 29 | OPINION AND ORDER re: 11 MOTION for Sanctions *Against Plaintiffs and Plaintiffs' Counsel*. filed by Paul Hastings LLP, Luc A Despins, 14 MOTION to Dismiss *Plaintiffs' Amended Complaint*. filed by Paul Hastings LLP, Luc A Despins. For the foregoing reasons, Defendants' motion to dismiss and motion for reasonable attorneys' fees and costs as sanctions are GRANTED. The Amended Complaint is DISMISSED without prejudice. Defendants must submit an application for attorney's fees and costs not later than August 11, 2023. The Clerk of Court is respectfully directed to terminate the open motions at docket entries 11 and 14. SO ORDERED. ( Motions due by 8/11/2023.) (Signed by Judge Valerie E. Caproni on 8/2/2023) (tg) (Entered: 08/02/2023) |
| 08/11/2023 | 30 | MOTION for Attorney Fees *and Costs Awarded as Rule 11 Sanctions Pursuant to the Court's August 2, 2023 Order*. Document filed by Luc A Despins, Paul Hastings LLP..(Andres, Greg) (Entered: 08/11/2023) |
| 08/11/2023 | 31 | MEMORANDUM OF LAW in Support re: 30 MOTION for Attorney Fees *and Costs Awarded as Rule 11 Sanctions Pursuant to the Court's August 2, 2023 Order*. . Document filed by Luc A Despins, Paul Hastings LLP..(Andres, Greg) (Entered: 08/11/2023) |
| 08/11/2023 | 32 | DECLARATION of Greg D. Andres in Support re: 30 MOTION for Attorney Fees *and Costs Awarded as Rule 11 Sanctions Pursuant to the Court's August 2, 2023 Order*.. Document filed by Luc A Despins, Paul Hastings LLP. (Attachments: # 1 Exhibit 1: December 19, 2022 Weil Notice of Rate Increase [No. 22–10925 (MEW), Dkt. No. 728], # 2 Exhibit 2: August 4, 2022 Latham Debtors' Application [No. 22–10964 (MG), Dkt. No. 363], # 3 Exhibit 3: December 15, 2022 Latham Supplemental Declaration [No. 22–10964 (MG), Dkt. No. 1711], # 4 Exhibit 4: January 17, 2022 Simpson Supplemental Declaration [No. 21–11255 (DSJ), Dkt. No. 294], # 5 Exhibit 5: December 7, 2022 Simpson Supplemental Declaration [No. 21–11255 (DSJ), Dkt. No. 698], # 6 Exhibit 6: December 19, 2022 Skadden Declaration [No. 22–22549 (JLG), Dkt. No. 990], # 7 Exhibit 7: January 19, 2023 Sullivan & Cromwell Declaration [No. 22–11068 (JTD), Dkt. No. 533], # 8 Exhibit 8: December 16, 2022 White & Case Declaration [No. 22–10964 (MG), Dkt. No. 1727], # 9 Exhibit 9: January 19, 2023 Invoice from Davis Polk to Paul Hastings, # 10 Exhibit 10: Spreadsheet with Detailed Entries for January 19, 2023 Invoice, # 11 Exhibit 11: February 22, 2023 Invoice from Davis Polk to Paul Hastings, # 12 Exhibit 12: Spreadsheet with Detailed Entries for February 22, 2023 Invoice, # 13 Exhibit 13: March 3, 2023 Invoice from Davis Polk to Paul Hastings, # 14 Exhibit 14: Spreadsheet with Detailed Entries for March 3, 2023 Invoice, # 15 Exhibit 15: December 28, 2022 Invoice from Serving by Irving, # 16 Exhibit 16: December 30, 2022 Invoice from Serving by Irving).(Andres, Greg) (Entered: 08/11/2023) |
| 08/15/2023 | 33 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Specific Non−Dispositive Motion/Dispute: Motion for Attorneys' fees. Referred to Magistrate Judge Jennifer E Willis. Motions referred to Jennifer E Willis. (Signed by Judge |

| | | |
|---|---|---|
| | | Valerie E. Caproni on 8/15/2023) (tg) (Entered: 08/15/2023) |
| 08/24/2023 | 34 | MEMORANDUM OF LAW in Opposition re: 30 MOTION for Attorney Fees *and Costs Awarded as Rule 11 Sanctions Pursuant to the Court's August 2, 2023 Order.* . Document filed by Tao An, Yuan Cao, Linwan Feng, Chungang Guan, Zheng Hu, Beile Li, Huimin Lin, Cui Qingyun, Yanming Wang, Tao Zheng. (Attachments: # 1 Exhibit Article, # 2 Exhibit Article, # 3 Exhibit Article).(Freeth, Richard) (Entered: 08/24/2023) |
| 08/29/2023 | 35 | REPLY MEMORANDUM OF LAW in Support re: 30 MOTION for Attorney Fees *and Costs Awarded as Rule 11 Sanctions Pursuant to the Court's August 2, 2023 Order*. . Document filed by Luc A Despins, Paul Hastings LLP..(Andres, Greg) (Entered: 08/29/2023) |
| 09/01/2023 | 36 | NOTICE OF APPEAL from 29 Memorandum & Opinion, Set Deadlines,,,,,,. Document filed by Tao Zheng. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Freeth, Richard) (Entered: 09/01/2023) |
| 09/05/2023 | | Appeal Fee Due: for 36 Notice of Appeal. Appeal fee due by 9/19/2023.(km) (Entered: 09/05/2023) |
| 09/05/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 36 Notice of Appeal.(km) (Entered: 09/05/2023) |
| 09/05/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 36 Notice of Appeal filed by Tao Zheng were transmitted to the U.S. Court of Appeals.(km) (Entered: 09/05/2023) |