# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of October, two thousand twenty-three,

Tao An, Chungang Guan, Cui Qingyun, Huimin Lin, Beile Li, Yanming Wang, Tao Zheng, Zheng Hu, Yuan Cao, Linwan Feng,

    Plaintiffs - Appellants,

v.

Luc A Despins, Paul Hastings LLP,

    Defendants - Appellees.

**ORDER**
Docket Number: 23-1227

A notice of appeal was filed on September 01, 2023. Appellant's Form D was due September 15, 2023. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective October 25, 2023 if the Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court