# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of October, two thousand twenty-three,

| | |
|---|---|
| Tao An, Chungang Guan, Cui Qingyun, Huimin Lin, Beile Li, Yanming Wang, Tao Zheng, Zheng Hu, Yuan Cao, Linwan Feng, | **ORDER**<br>Docket Number: 23-1227 |
|   Plaintiffs - Appellants, | |
| v. | |
| Luc A Despins, Paul Hastings LLP, | |
|   Defendants- Appellees. | |

  A notice of appeal was filed on September 01, 2023. The Appellants' Acknowledgment and Notice of Appearance Form due September 21, 2023 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

  IT IS HEREBY ORDERED that the appeal will be dismissed effective October 25, 2023 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

                 For The Court:
                 Catherine O'Hagan Wolfe,
                 Clerk of Court