# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of November, two thousand twenty-three.

_____

Tao An, Chungang Guan, Cui Qingyun, Huimin Lin, Beile Li, Yanming Wang, Tao Zheng, Zheng Hu, Yuan Cao, Linwan Feng,

    Plaintiffs - Appellants,

v.

Luc A Despins, Paul Hastings LLP,

    Defendants- Appellees.

_____

**ORDER**

Docket No. 23-1227

    On October 11, 2023, the Court issued orders dismissing the appeal effective October 25, 2023 unless appellants filed Form C, Form D, and an Acknowledgment and Notice of Appearance form. Appellant Beile Li has not filed any of the aforementioned forms. Upon consideration thereof,

    IT IS HEREBY ORDERED that the appeal is DISMISSED as to Appellant Beile Li. The appeal will proceed in the ordinary course as to the remaining appellants.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court