# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of January, two thousand twenty-four.

_____

| | |
|---|---|
| Tao An, Chungang Guan, Cui Qingyun, Huimin Lin, Beile Li, Yanming Wang, Tao Zheng, Zheng Hu, Yuan Cao, Linwan Feng, | **ORDER** |
|     Plaintiffs - Appellants, | Docket No. 23-1227 |
| v. | |
| Luc A Despins, Paul Hastings LLP, | |
|     Defendants- Appellees. | |

_____

    Appellants filed Form D on October 27, 2023, indicating they were ordering a transcript of a lower court proceeding, however there were no transcribed proceedings in the district court, and Second Circuit Local Rule 31.2(a)(1)(A) required Appellants to file a scheduling notification letter within 14 days of that date.  Appellants failed to submit a scheduling notification letter. Upon consideration thereof,

    IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellants' brief must be filed on or before February 12, 2024.  The appeal will be dismissed effective February 12, 2024 if the brief is not filed by that date.  A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date.  *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

